# UNITED STATES DISTRICT COURT
for the

District of Colorado

| | |
|---|---|
| United States of America ) | |
| v. ) | Case No: 93-cr-00212-REB-01 |
| ADRIAN ARNETT WILLIAMS ) | USM No: 24720-013 |
| ) | Raymond P. Moore, FPD |
| Date of Previous Judgment: January 14, 1994 ) | Defendant's Attorney |
| *(Use Date of Last Amended Judgment if Applicable)* ) | |

**Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)**

Upon motion of  **X** the defendant  ❏ the Director of the Bureau of Prisons  ❏ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
  ❏ DENIED.  **X** GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   life as to Counts One and Two, to run concurrent, and 4 years as to Count Three, to run concurrent with Counts One and Two **is reduced to** 360 months as to each of Counts One and Two, and 48 months as to Count Three, all counts to run concurrent.

**I. COURT DETERMINATION OF GUIDELINE RANGE** *(Prior to Any Departures)*

| | | | |
|---|---|---|---|
| Previous Offense Level: | 43 | Amended Offense Level: | 42 |
| Criminal History Category: | III | Criminal History Category: | III |
| Previous Guideline Range: | life | Amended Guideline Range: | 360 months to life |

**II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE**
**X** The reduced sentence is within the amended guideline range.
❏ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
❏ Other *(explain)*:

**III. ADDITIONAL COMMENTS**


Except as provided above, all provisions of the judgment dated   January 14, 1994,   shall remain in effect.
**IT IS SO ORDERED**.

Order Date: September 6, 2012

*s/ Robert E. Blackburn*
*Judge's signature*

Effective _____
*(if different from order date)*

Robert E. Blackburn, United States District Judge
*Printed name and title*